# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
JERRY PINKS, individually and on behalf of
others similarly situated,

                              Plaintiff,

- against -

M & T BANK CORP.,

                              Defendants.
-----------------------------------------------------------X

No: 13-cv-1730

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated May 17, 2013, the Affidavit of Steven Cooper, dated May 17, 2013, and upon all of the pleadings and proceedings heretofore had herein, Defendant M & T Bank Corporation ("M&T") will move this Court, before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Complaint of Jerry Pinks, individually and on behalf of others similarly situated, ("Plaintiff"), dated March 14, 2013, with prejudice, along with such other and further relief as the Court deems just and proper.

Pursuant to Local Civil Rule 6.1(b), any opposition shall be served within fourteen (14) days after service of the motion papers and any reply shall be served within seven (7) days after service of the opposition papers.

Dated: New York, New York
May 17, 2012

    REED SMITH LLP

    By: _____
    Steven Cooper (SC-4394)
    599 Lexington Avenue, 28th Floor
    New York, New York 10022
    Tel. (212) 521-5400
    Fax. (212) 521-5450
    scooper@reedsmith.com

    Roy W. Arnold (*pro-hac vice forthcoming*)
    Andrew J. Soven (*pro-hac vice forthcoming*)
    2500 One Liberty Place
    1650 Market Street
    Philadelphia, PA 19103-7301
    (215) 851-8100

    *Attorneys for Defendant M & T Bank Corp.*