

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW   125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM



Daniel V. Gsovski
Direct Line: (212) 471-8512
dgsovski@herzfeld-rubin.com

June 12, 2013

**BY HAND**
Hon. Ronald L. Ellis
United States District Court
500 Pearl Street, Suite 1970
New York, NY 10007-1312

Re: <u>Pinks, et al. v. M&T Bank – 13 Civ. 1730 (LAK)(RLE)</u>

Dear Magistrate Judge Ellis:

    Pursuant to Your Honor's Individual Practices, we write on behalf of both sides to request that the due date for Plaintiff's Opposition to Defendant's Motion to Dismiss (Dkt. No. 7) be adjourned an additional week, from June 14 to June 21, 2013, and that the due date for defendant's reply be extended for one week, from June 28 to July 9, 2013.

    Both sides have agreed to this schedule. Previous adjournments of these dates were granted pursuant to my letter request of May 29, 2013. As no pretrial schedule has yet been set, no existing dates will be affected by the additional extensions sought.

Respectfully,

Daniel V. Gsovski
Counsel for Plaintiff

Cc: All counsel (by e-mail)

**SO ORDERED** 6-13-13
MAGISTRATE JUDGE RONALD L. ELLIS

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE. SUITE 315
GARDEN CITY NY 11530
TELEPHONE 212 471 3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON NJ 07039-1022
TELEPHONE 973-535 8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE 310 553 0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7 STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE (40) (21) 311 1460