**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JERRY PINKS, individually and on behalf of
others similarly situated,

                  Plaintiff,

                  vs.

M & T BANK CORP.,

                  Defendant.

Index No.: 13-cv-1730—LAK—RLE

**M&T BANK CORPORATION'S**
**MOTION TO STAY AND/OR EXTEND**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated

March 2, 2015, which is incorporated by reference, and upon all of the pleadings and

proceedings heretofore had herein, Defendant M&T Bank Corporation ("M&T") hereby moves

this Court for an Order immediately staying this action pending the Court's disposition of

M&T's Motion for Partial Judgment on the Pleadings (the "Pending Motion") and a subsequent

determination as to whether this Court has subject matter jurisdiction to proceed beyond deciding

the Pending Motion.  In accordance with Section 2(A) of the Individual Practices of Magistrate

Judge Ellis, a pre-motion conference is not required.

      **WHEREFORE**, M&T respectfully requests that the Court grant its Motion to Stay

and/or Extend.

Date:  March 2, 2015

                                   Respectfully submitted,

                                   **REED SMITH LLP**

                                   By: */s/  Roy W. Arnold*_____
                                      Roy W. Arnold (admitted *pro-hac vice*)
                                      Andrew J. Soven (admitted *pro-hac vice*)

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 851-8100

Steven Cooper  (SC4394)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212)-521-5450
Email: scooper@reedsmith.com

*Attorneys for Defendant M&T Bank
Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/  Roy W. Arnold*
*Counsel for Defendant M&T Bank*
*Corporation*