```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-10-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
JERRY PINKS,

                                        Plaintiff(s),

     -v.-

M&T BANK CORP.,

                                        Defendant(s).
-----------------------------------------------------------

**NOTICE OF CONFERENCE**

13-CV-1730 (LAK) (RLE)

To Counsel(s),

A TELEPHONE CONFERENCE in the above referenced matter has been scheduled for MARCH 26, 2015 at 10:30 A.M. before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at **212-805-0563**. No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242.

                                                             Rupa Shah
                                                             Courtroom Deputy

Dated: MARCH 10, 2015