Kaplan, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/15



RECEIVED
SEP 10 2015
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY PINKS, individually and on behalf of
others similarly situated,
Plaintiff
vs.
M & T BANK CORP.,
Defendant.

Civ. No.: 13-cv-1730-LAK-RLE

## STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION (DKT. NO. 89)

**IT IS HEREBY STIPULATED AND AGREED**, as follows:

1. Plaintiff's time to file objections with the District Court (Hon. Lewis A. Kaplan), to the Report and Recommendation of Hon. Ronald L. Ellis, filed September 2, 2015 (Dkt. No. 89, p. 11) is hereby extended to and through ~~October 1, 2015~~ Sept. 29, 2015.

Dated: New York, New York
September 10, 2015
*(initially submitted September 3, 2015 (Dkt. No. 90, attachment),
referred to Hon. Lewis A. Kaplan, per Dkt. No. 95, September 9, 2015))*

HERZFELD & RUBIN, P.C.

By: _____
Daniel V. Gsovski (DG4413)
125 Broad Street
New York, NY 10004-1300
Telephone: 212-471-8512
Email: dgsovski@herzfeld-rubin.com

Phillip Fairbanks
(admitted *pro-hac vice*)
1214 King Street
Beaufort, SC 29902
Telephone: 843-521-1580
Email:
Philip@lowcountrybankruptcy.com

REED SMITH LLP

By: _____
Steven Cooper (SC4394)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212)-521-5450
Email: scooper@reedsmith.com

Roy W. Arnold (admitted *pro-hac vice*)
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 851-8100

*Attorneys for Defendant M&T Bank Corp.*

Frederik M. Corley
(admitted *pro-hac vice*)
1214 King Street
Beaufort, SC 29902
Telephone: 843-524-3232
Email: rick@1214law.com

Kathy D. Lindsay
(admitted *pro-hac vice*)
1214 King Street
Beaufort, SC 29902
Telephone: 843-521-1581
Email: klindsay@islc.net

*Attorneys for Plaintiff*


**IT IS SO ORDERED:**

_____
Hon Lewis A. Kaplan
United States District Judge

9/10/15