

**Roy W. Arnold**
Direct Phone:  +1 412 288 3916
Direct Fax:  +1 412 288 3063
Email:  rarnold@reedsmith.com

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Tel +1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

October 26, 2015

**Via ECF**

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY  10007

**Re:  Pinks v. M&T Bank Corporation**
     **Index No. 13-cv-1730-LAK-RLE (S.D.N.Y)**

Dear Judge Kaplan:

      To address Plaintiff's Opposition to Defendant M&T Bank Corp.'s ("M&T") Motion for Reconsideration of September 30, 2015 Order and/or Response to Plaintiff's Objections to September 2, 2015 Report and Recommendation (Dkt. 105), M&T respectfully requests the opportunity to submit a short reply brief on or before the close of business on Wednesday, October 28, 2015.

Respectfully submitted,


*/s/  Roy W. Arnold*