

**Roy W. Arnold**
Direct Phone: +1 412 288 3916
Direct Fax: +1 412 288 3063
Email: rarnold@reedsmith.com

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Tel +1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

November 17, 2015

**VIA ECF**

Hon. Magistrate Judge Ronald L. Ellis
United States Courthouse
Courtroom 11C
500 Pearl Street
New York, NY 10007

    Re:  **Pinks v. M&T Bank Corporation**
          **Index No. 13-cv-1730-LAK-RLE (S.D.N.Y.)**

Dear Magistrate Judge Ellis:

    I am writing to request that the Court reschedule the November 24, 2015 telephone conference because I will be on a family vacation travelling outside of the United States from November 20 through November 30, 2015. As set forth in the attached emails, Plaintiff's counsel does not oppose this request.

    Counsel are available: (i) any time on December 4, 2015; (ii) after 1:00 p.m. on December 3, 2015; or (iii) after 12:00 p.m. (noon) on December 1, 2015. Plaintiff's counsel has indicated that the latter two dates and times are less preferable.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Roy W. Arnold*

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MUNICH ♦ NEW YORK ♦ NORTHERN VIRGINIA PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ WASHINGTON, D.C. ♦ WILMINGTON

## Arnold, Roy W.

| | |
|---|---|
| **From:** | Daniel V. Gsovski <DGsovski@herzfeld-rubin.com> |
| **Sent:** | Tuesday, November 17, 2015 2:39 PM |
| **To:** | Arnold, Roy W.; klindsay (klindsay@islc.net); rcorley@islc.net; 'philip@lowcountrybankruptcy.com'; philip.fairbanks@gmail.com |
| **Cc:** | Kontul, Justin J |
| **Subject:** | RE: Pinks - November 24, 2015 Telephone Conference |

Roy:
A quick check suggests that 12/4, anytime, is best for us.
(We can also do 12/3, after 1PM, or 12/1, anytime, but these are less preferable.)
Dan

Daniel V. Gsovski
Herzfeld & Rubin, P.C.
125 Broad Street
New York, New York 10004
dgsovski@herzfeld-rubin.com
Telephone: (212) 471-8512
Mobile: (917) 640-6194
Fax: (212) 344-3333



CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This communication and any attachment to this communication is confidential, is intended solely for the use of the individual or entity to which this communication is addressed and is privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are strictly prohibited from all dissemination, distribution, copying or use of this communication or such attachment. If you have received this communication or any attachment to this communication in error, please immediately notify the sender by email or by calling (212) 471-8500 or one of the numbers above and delete and destroy the communication or attachment you have received and all copies thereof. Receipt by an individual or entity, through misdirection, error or mistake, or by wrongful dissemination, does not waive any attorney client, work product or other legal or private privilege, and does not invalidate the sender's requirement and expectation of confidentiality and privacy.
IRS CIRCULAR 230 NOTICE: IRS CIRCULAR 230 REQUIRES THAT WE ADVISE YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION OR IN ANY ATTACHMENT HERETO IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR PURPOSE OF (1) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

**From:** Arnold, Roy W. [mailto:RArnold@ReedSmith.com]
**Sent:** Tuesday, November 17, 2015 2:23 PM
**To:** Daniel V. Gsovski; klindsay (klindsay@islc.net); rcorley@islc.net; 'philip@lowcountrybankruptcy.com'; philip.fairbanks@gmail.com
**Cc:** Kontul, Justin J
**Subject:** Pinks - November 24, 2015 Telephone Conference

1

Dan,
Will plaintiff agree to reschedule the telephone conference set for November 24, 2015?
I will be traveling with my family outside of the U.S. to visit my oldest son who is attending college overseas.
I anticipate potential difficulties dialing into the call and would prefer to avoid the disruption of this family vacation. Justin also has a schedule conflict on that date as he has a hearing in Detroit. As you know, I am the most knowledgeable about these issues and have dealt with you on them. In short, we are asking for reciprocity in that we have previously accommodated plaintiff's counsel's various vacation requests and believe it is only fair that plaintiff's counsel do the same here.

Please let me know if plaintiff will agree and if so, what alternative dates between December 1 and 4 would work best for you.
Kind regards,
Roy


**Roy W. Arnold**
rarnold@reedsmith.com
+1 412 288 3916

Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716
T: +1 412 288 3131
F: +1 412 288 3063
reedsmith.com

**Reed Smith Ranked # 1 Client Relationship Leader** (*The BTI Client Relationship Scorecard: Ranking Law Firm-Client Relationships*, 2009)

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01