**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JERRY PINKS, individually and on behalf of others similarly situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>M & T BANK CORP.,<br><br>                Defendant. | Index No.: 13-cv-1730—LAK—RLE<br><br>**DEFENDANT M&T BANK CORPORATION'S MOTION FOR CERTIFICATION OF SEPTEMBER 30, 2015 ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)** |

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law dated November 17, 2015, which is incorporated by reference, and upon all of the pleadings and proceedings heretofore had herein, Defendant M&T Bank Corporation ("M&T") hereby moves this Court for certification of the September 30, 2015 Order denying M&T's Motion for Partial Judgment on the Pleadings (Dkt. 98) for interlocutory appeal under 28 U.S.C. § 1292(b).  In accordance with the Individual Practices of Judge Kaplan, a pre-motion conference is not required.

      **WHEREFORE**, M&T respectfully requests that the Court certify the September 30, 2015 Order denying M&T's Motion for Partial Judgment on the Pleadings (Dkt. 98) for interlocutory appeal under 28 U.S.C. § 1292(b).

- 2 -

Date:  November 17, 2015

                              Respectfully submitted,

                              **REED SMITH LLP**

                              By: */s/  Roy W. Arnold*
                                  Roy W. Arnold (admitted *pro-hac vice)*
                                  Andrew J. Soven (admitted *pro-hac vice*)
                                  2500 One Liberty Place
                                  1650 Market Street
                                  Philadelphia, PA 19103-7301
                                  (215) 851-8100

                                  Steven Cooper  (SC4394)
                                  599 Lexington Avenue
                                  New York, New York 10022
                                  Telephone: (212) 521-5400
                                  Facsimile: (212)-521-5450
                                  Email: scooper@reedsmith.com

                                  *Attorneys for Defendant M&T Bank Corporation*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

                                        */s/ Roy W. Arnold*
                                        *Counsel for Defendant M&T Bank Corporation*