

**HERZFELD & RUBIN, P.C.**
ATTORNEYS AT LAW    125 BROAD STREET, NEW YORK, NY 10004    TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

December 2, 2015

**Daniel V. Gsovski**
Direct Line: (212) 471-8512
dgsovski@herzfeld-rubin.com

**BY ECF**
Hon. Ronald L. Ellis
United States District Court
500 Pearl Street, Suite 1970
New York, NY 10007-1312

      **Re:  Pinks, et al. v. M&T Bank - 13 Civ. 1730 (LAK)(RLE)**

Dear Magistrate Judge Ellis:

      Pursuant to Your Honor's directive at yesterday's telephone status conference, I write to confirm that, in light of the agreement between the parties concerning certain outstanding discovery matters, Plaintiff Jerry Pinks has withdrawn his Motion to Compel (Dkt. No. 75) and the request for hearing thereon (Dkt. No. 109).

      Respectfully,

      s//Daniel V. Gsovski
      Daniel V. Gsovski

cc: All counsel (by ECF)

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7. STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE: (40) (21) 311-1460