UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jerry Pinks, individually and on behalf of others similarly situated,
                  Plaintiff,

-against-

M & T Bank Corp.,
                  Defendant.

13 cv 1730 ( LAK) RLE

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Justin J. Kontul**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **M & T Bank Corp.** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **Pennsylvania** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: December , 2015

Respectfully Submitted,

Applicant Signature

Applicant's Name: Justin J. Kontul
Firm Name: REED SMITH LLP
Address: 225 Fifth Avenue, Suite 1200
City / State / Zip: Pittsburgh, PA 15222
Telephone / Fax: 412-288-3098 / 412-288-3063
E-Mail: jkontul@reedsmith.com



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Justin John Kontul, Esq.

#### DATE OF ADMISSION

*November 2, 2007*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 8, 2015

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Jerry Pinks, individually and on behalf of others similarly situated,
                                    Plaintiff,

-against-                                              13 cv 1730   ( LAK ) RLE

M & T Bank Corp.,                                      **ORDER FOR ADMISSION**
                                    Defendant.          **PRO HAC VICE**

The motion of   Justin J. Kontul  , for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

  Pennsylvania  ; and that his/her contact information is as follows (please print):

Applicant's Name:   Justin J. Kontul
Firm Name:          REED SMITH LLP
Address:            225 Fifth Avenue, Suite 1200
City / State / Zip: Pittsburgh, PA 15222
Telephone / Fax:    412-288-3098 / 412-288-3063

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

  M & T Bank Corp.  in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                            _____
                                            United States District / Magistrate Judge