USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/16

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Jerry Pinks, individually and on behalf of others similarly situated,
                    Plaintiff,

-against-

M & T Bank Corp.,
                    Defendant.

13 cv 1730 ( LAK ) RLE

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of __Justin J. Kontul__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Pennsylvania__; and that his/her contact information is as follows (please print):

Applicant's Name: __Justin J. Kontul__
Firm Name: __REED SMITH LLP__
Address: __225 Fifth Avenue, Suite 1200__
City / State / Zip: __Pittsburgh, PA 15222__
Telephone / Fax: __412-288-3098__ / __412-288-3063__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __M & T Bank Corp.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1-7-16

_[signature]_
United States ~~District~~ / Magistrate Judge