# EXHIBIT 4

## Kontul, Justin J.

| | |
|---|---|
| **From:** | Daniel V. Gsovski <DGsovski@herzfeld-rubin.com> |
| **Sent:** | Wednesday, January 06, 2016 4:32 PM |
| **To:** | Kontul, Justin J.; "klindsay'; 'philip@lowcountrybankruptcy.com'; 'rcorley@islc.net' |
| **Cc:** | Arnold, Roy W. |
| **Subject:** | RE: Pinks - Production of Exemplar Notices of Repossession - CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER |

Justin:

Thank you for the additional exemplars of Notices of Disposition (M&T0001886-1894) as per our agreement. Kindly advise if you will provide the answer to the followup request below without the need for a formal discovery request.

"Provide the total number of private sales of consumer goods collateral by defendant or on defendant's behalf which were preceded by a Notice of Disposition to a consumer obligor in the form of M&T0001093-94."

In the meantime, we continue to await advice by as early as possible tomorrow as to either a) M&T's intention to comply with or resist the additional supplementary discovery served December 22, or failing that, b) agreement to seek adjournment of Monday's scheduled conference with the Court as proposed in my e-mail of yesterday to Roy.

Dan

Daniel V. Gsovski
Herzfeld & Rubin, P.C.
125 Broad Street
New York, New York 10004
dgsovski@herzfeld-rubin.com
Telephone: (212) 471-8512
Mobile: (917) 640-6194
Fax: (212) 344-3333



CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This communication and any attachment to this communication is confidential, is intended solely for the use of the individual or entity to which this communication is addressed and is privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are strictly prohibited from all dissemination, distribution, copying or use of this communication or such attachment. If you have received this communication or any attachment to this communication in error, please immediately notify the sender by email or by calling (212) 471-8500 or one of the numbers above and delete and destroy the communication or attachment you have received and all copies thereof. Receipt by an individual or entity, through misdirection, error or mistake, or by wrongful dissemination, does not waive any attorney client, work product or other legal or private privilege, and does not invalidate the sender's requirement and expectation of confidentiality and privacy.
IRS CIRCULAR 230 NOTICE: IRS CIRCULAR 230 REQUIRES THAT WE ADVISE YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION OR IN ANY ATTACHMENT HERETO IS NOT INTENDED OR WRITTEN TO BE USED,

AND CANNOT BE USED, FOR PURPOSE OF (1) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

**From:** Kontul, Justin J [mailto:JKontul@ReedSmith.com]
**Sent:** Tuesday, January 05, 2016 10:46 PM
**To:** Daniel V. Gsovski; "klindsay"; 'philip@lowcountrybankruptcy.com'; 'rcorley@islc.net'
**Cc:** Arnold, Roy W.
**Subject:** Pinks - Production of Exemplar Notices of Repossession - CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Counsel:

Per your December 22, 2015 request and in the interest of cooperation in discovery, attached please find exemplar notices of repossession, other than Exhibit B to the Declaration of Michael P. Ryan dated February 12, 2015, sent by M&T Bank ("M&T") after a customer defaulted and M&T repossessed his/her consumer goods collateral after June 24, 2015 in the states for which M&T provided information in its Supplemental Answer to Interrogatory No. 8 of Plaintiff's First Set of Interrogatories. Each exemplar indicates in which state(s) and during what time period the particular notice was used.

M&T is making the attached production subject to and without waiver of its objections to Plaintiff's First Requests for Production of Documents and First Set of Interrogatories, and subject to the Protective Order entered by the Court. The documents have been marked as M&T0001086-M&T0001094 for identification purposes and have been marked as CONFIDENTIAL pursuant to the Protective Order.

Regards,
Justin

**Justin J. Kontul**
jkontul@reedsmith.com
+1 412 288 3098

**Reed Smith LLP**
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
T: +1 412 288 3131
F: +1 412 288 3063
reedsmith.com

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01