

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

January 22, 2016

**Daniel V. Gsovski**
Direct Line: (212) 471-8512
dgsovski@herzfeld-rubin.com

**BY ECF**
Hon. Ronald L. Ellis
United States District Court
500 Pearl Street, Suite 1970
New York, NY 10007-1312

        **Re:  Pinks, et al. v. M&T Bank - 13 Civ. 1730 (LAK)(RLE)**

Dear Magistrate Judge Ellis:

      We write to inform the Court that footnote 1, p. 1 of the Joint Letter of January 22, 2016 (DI 121 at 1 n. 1), is neither jointly approved matter nor filed with the authorized use of my signature. Therefore, we ask the Court to ignore it as joint matter and consider it solely as part of defendant's statement of position.  As confirmed by the emails attached, defense counsel knowingly filed the document in this format after I expressly advised him that the use of Plaintiff's counsel's names and my signature on this document as submitted was not authorized or agreed . (See, Ex. 1).

                                                Respectfully,

                                               <u>s//Daniel V. Gsovski</u>
                                               Daniel V. Gsovski

      cc: All counsel (by ECF)

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7. STRADA PUTUL CU PLOPI
BUCHAREST I, ROMANIA
TELEPHONE: (40) (21) 311-1460