# United States District Court
# Southern District of New York

| | |
|---|---|
| JERRY PINKS,<br><br>    individually and on behalf of others similarly situated,<br><br>*Plaintiffs,*<br><br>    -against-<br><br>M & T BANK CORP.,<br><br>*Defendant.* | No.: 1:13-cv-1370 – LAK-RLE |

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Points and Authorities, dated April 14, 2016, and upon all of the pleadings and proceedings heretofore had herein, Plaintiff Jerry Pinks will move this Court, before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an Order,

- Pursuant to Fed. R. Civ. P. 8(c)(2), redesignating the purported "affirmative defense" no. 14 asserted by Defendant M&T Bank based on the "doctrine of setoff" (DI 38 at p. 8, ¶ 14) as asserting conditional counterclaims against absent putative class members in the amount of any purported deficiency allegedly owed to M&T after the sale or other disposition of collateral repossessed from such absent class members, except to the extent that such claims have been discharged, satisfied or reduced to judgment, and

- Pursuant to Fed. R. Civ. P. 12(c), upon redesignation, dismissing such conditional counterclaims, under *In re Bank of New York Mellon Corp. Forex Transactions Litig.*, 42 F.Supp.2d 520 (S.D.N.Y. 2014) (Kaplan, J.), and

- such other and further relief as the Court deems just and proper.

Pursuant to Local Civil Rule 6.1(b), any opposition shall be served within fourteen (14) days after service of the motion papers and any reply shall be served within seven (7) days after service of the opposition papers unless otherwise ordered.

Dated: New York, New York
April 14, 2016

        HERZFELD & RUBIN, P.C.

By: _____
    Daniel V. Gsovski  (dg4413)
A Member of the Firm
125 Broad Street
New York, New York 10004-1300
Telephone: (212) 471-8512
E-mail: dgsovski@herzfeld-rubin.com


PHILIP FAIRBANKS, ESQ., P.C.
Philip Fairbanks, Esq.
1214 King Street
Beaufort, SC 29902
Telephone: (843) 521-1580
E-mail philip@lowcountrybankruptcy.com
ADMITTED PRO HAC VICI

LAW OFFICE OF FREDERICK CORLEY
Frederick M. Corley, Esq.
1214 King Street
Beaufort, SC 29902
Telephone: (843) 524-3232
E-mail: rcorley@islc.net
*admitted pro hac vice*

KATHY D. LINDSAY, P.A.
Kathy D. Lindsay, Esq.
1214 King Street
Beaufort, SC 29902
Telephone: (843) 521-1581
E-mail klindsay@islc.net
*admitted pro hac vice*


Counsel for Plaintiff