

**HERZFELD & RUBIN, P.C.**
ATTORNEYS AT LAW    125 BROAD STREET, NEW YORK, NY 10004    TEL 212 471-8500  FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

April 15, 2016

**Daniel V. Gsovski**
Direct Line: (212) 471-8512
dgsovski@herzfeld-rubin.com

**BY ECF**
Hon. Ronald L. Ellis
United States District Court
500 Pearl Street, Suite 1970
New York, NY 10007-1312

    **Re:  Pinks, et al. v. M&T Bank - 13 Civ. 1730 (LAK)(RLE)**

Dear Magistrate Judge Ellis:

  We are responding to Mr. Arnold's letter of April 14, 2016 (DI 130), concerning scheduling of certification briefing. Following Your Honor's Order of March 25, 2016, (DI 126), there are no longer any class-related discovery issues outstanding from the Plaintiff's side.

  Earlier in the week, we had proposed to Mr. Arnold that Plaintiff's initial certification motion and briefing be filed within twenty-one (21) days of a final ruling on Plaintiff's pending Motion to Redesignate and to Dismiss (DI 128, 129 refiled as 131, 132.) We take no position on the amount of time needed for M&T's Opposition. We request an additional 21 days thereafter to file our Reply.

              Respectfully,

              s//Daniel V. Gsovski

              Daniel V. Gsovski

cc: All counsel (by ECF)

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7. STRADA PUTUL CU PLOPI
BUCHAREST I, ROMANIA
TELEPHONE: (40) (21) 311-1460