# APPENDIX 3

# TEXT VARIATIONS – RELEVANT UCC SECTIONS IN CLASS JURISDICTIONS

| I.<br><br>**1998/1999 Revisions of Official Text of UCC, adopted in 2001 for all sections cited in Plaintiff's "Class Definition," Dkt. #1, ¶ 26 (see Exhibit 1 for text):**<br><br>UCC §§ 9-601; 9-602; 9-603; 9-604; 9-605; 9-606; 9-607; 9-608; 9-609; 9-610; 9-611; 9-613; 9-614; 9-623; 9-624 and 9-625. | II.<br><br>**Corresponding State Statutes** | III.<br><br>*Any* **variations in the language of the statutory texts, when compared to the applicable sections of Official Text of UCC** | IV.<br><br>**States with textural variations on any matters implicated in this Complaint.** |
|---|---|---|---|
| 1.  Connecticut | C.G.S.A. §§ 42a-9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625. | C.G.S.A. §§ 42a-9-603; 605; 609 | None |
| 2.  Delaware | 6 Del.C. §§ 9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625. | None | None |
| 3.  District of Columbia | D.C. Stat. §§ 28-9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625. | None | None |
| 4.  Florida | F.S.A. §§ 679.601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625. | F.S.A. §§ 679.608; 611 | None |
| 5.  Georgia | O.C.G.A. §§11-9-601; 602; 603; 604; 605; 607; 608; 609; 601; 611; 613; 614; 623; 624 and 625 | None | None |
| 6.  Kentucky | KRS §§ 355.9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | KRS §§ 355.9-610 | None |
| 7.  Maine | 11 M.R.S.A. §§ 9-1601; 1602; 1603; 1604; 1605; 1607; 1608; 1609; 1610; 1611; 1613; 1614; 1623; 1624 and | None | None |

1

# TEXT VARIATIONS – RELEVANT UCC SECTIONS IN CLASS JURISDICTIONS

|  |  | 1625 |  |  |
|---|---|---|---|---|
| 8. | Maryland | Md Code Commercial Law §§ 9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | Md Code Commercial Law §§ 9-614 | None |
| 9. | Massachusetts | M.G.L.A. §§ 9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | None | None |
| 10. | New Hampshire | N.H. Rev. Stat. §§ 382-A:9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | None | None |
| 11. | New Jersey | N.J.S.A. §§ 12A:9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | N.J.S.A. §§ 12A:9-625 | None |
| 12. | New York | McKinney's Uniform Commercial Code §§ 9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | McKinney's Uniform Commercial Code §§ 9-604; 611 | None |
| 13. | North Carolina | N.C.G.S.A. §§ 25.9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | None | None |
| 14. | Ohio | R.C. §§ 1309.601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | None | None |
| 15. | Pennsylvania | 13 Pa.C.S.A. §§ 9601; 9602; 9603; 9604;9605; 9607; 9608; 9609; 9610; 9611; 9613; 9614; 9623; 9624 and 925 | None | None |
| 16. | Rhode Island | Gen.Laws 1956. §§6A-9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | Gen.Laws 1956. §§6A-9-609 | None |
| 17. | South Carolina | S.C. Code Ann. 1976 §§36-9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | None | None |
| 18. | Texas | V.T.C.A., Bus. & C. §§9.601; |  |  |

# TEXT VARIATIONS – RELEVANT UCC SECTIONS
# IN CLASS JURISDICTIONS

| | | | |
|---|---|---|---|
| | 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | None | None |
| 19. Vermont | 9A V.S.A. §§ 9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | None | None |
| 20. Virginia | VA Code Ann. §§8.9A-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | VA Code Ann. §§8.9A-625 | None |
| 21. West Virginia | W.Va.Code §§46-9-601; 602; 603; 604; 605; 607; 608; 609; 610; 611; 613; 614; 623; 624 and 625 | None | None |

FMC Cert Chart 5/17/16