

**Roy W. Arnold**
Direct Phone:  +1 412 288 3916
Email:  rarnold@reedsmith.com

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Tel +1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

June 17, 2016

**VIA ECF**

Hon. Ronald L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> **Re:  *Pinks v. M&T Bank Corporation*, Index No. 13-cv-1730-LAK-RLE (S.D.N.Y.)**

Dear Judge Ellis:

Pursuant to this Court's Rules of Individual Practice, Defendant M&T Bank Corporation ("M&T") respectfully requests leave to file a Memorandum in Opposition to Plaintiff Jerry Pinks' Motion for Class Certification and Appointment of Counsel in excess of the Court's page limit.

On May 17, 2016, Plaintiff filed a Motion for Class Certification and Appointment of Class Counsel (Dkt. 142) along with a Memorandum of Points and Authorities (Dkt. 148).  The Memorandum of Points and Authorities together with the Appendices that accompanied the Memorandum (Dkts. 148 through 148-3) totaled 92 pages of argument and authorities.  This is in addition to the Declarations and Supplemental Declarations filed by Plaintiff.

In order to properly and adequately respond to Plaintiff's Motion, which seeks certification of a putative class action spanning 21 jurisdictions, M&T respectfully requests leave to file a Memorandum in Opposition of no more than 60 pages.

The relief requested is based on good cause and is not sought for any improper purpose.  M&T has conferred with Plaintiff's counsel, who has confirmed that Plaintiff does not object to the requested relief.  Thank you for your consideration.

Respectfully submitted,

*/s/ Roy W. Arnold*

cc:      All Counsel of Record (via ECF)

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MUNICH ♦
NEW YORK ♦ PARIS   PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦
WASHINGTON, D.C. ♦ WILMINGTON