

HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW          125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

March 6, 2017

**DANIEL V. GSOVSKI**
Direct Line: (212) 471-8512
dgsovski@herzfeld-rubin.com

**BY ECF**
Hon. Ronald L. Ellis
United States District Court
500 Pearl Street, Suite 1970
New York, NY 10007-1312

**Re:  Pinks, et al. v. M&T Bank - 13 Civ. 1730 (LAK)(RLE)**

Dear Magistrate Judge Ellis:

    As I advised Chambers by telephone, we are filing a corrected copy of Plaintiffs' Reply Brief in Support of Class Certification, originally filed August 3, 2016 (DI 170 ).  The corrected copy is filed as DI 174.   As I have also advised Chambers, we are providing our adversary with a "redline" markup showing all changes to the title page and body of DI 170 which are reflected in DI 174.  (Alterations to Tables of Contents and Authorities are not flagged.)

    One correction may affect the sense of a passage in the brief.  On p. 27, the final sentence in the paragraph which begins "**4) New York** . . ." originally read:  "The only requirement not present in UCC § 9-614 . . ." (DI 170 at 27)   This garbled our intended statement, and has been corrected to read: "The only UCC § 9-614 requirement also present in § 316 of the MVRISA . . ."  (DI 174 at 27)

    All other changes are purely technical and/or typographical.  As noted, all are being shared with Defendants' counsel.

    Respectfully,

    s//Daniel V. Gsovski
    Daniel V. Gsovski

cc: All counsel (by ECF)

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7. STRADA PUTUL CU PLOPI
BUCHAREST I, ROMANIA
TELEPHONE: (40) (21) 311-1460