UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JERRY PINKS,

                Plaintiff,

        -against-                              13-cv-1730 (LAK)

M&T BANK CORPORATION,

                Defendant.
------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 7/17/2017

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        This is a purported class action to recover statutory damages for defendant's alleged failure to comply with Sections 9-613 and 9-614 of the Uniform Commercial Code as adopted by the State of South Carolina. Plaintiff moves for certification of a multi-state class. In a report and recommendation dated March 31, 2017 (the "R&R"), Magistrate Judge Ronald L. Ellis recommended that the motion in its first amended version be denied. Plaintiff objected to the R&R and filed a second amended motion for certification. Defendant has responded both to plaintiff's objections and to the second amended motion.

        Plaintiff's objections to the R&R are overruled, substantially for the reasons set forth in defendant's response [DI 185] and his motions [DI 169, DI 186] are denied in all respects. The Court notes also that it would deny class certification on the basis set forth at pages 10-13 of the R&R independent of the standing issues.

        SO ORDERED.

Dated:    July 15, 2017

                                        /s/     Lewis A. Kaplan
                                            _____
                                                 Lewis A. Kaplan
                                           United States District Judge