USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9-19-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY PINKS,

                Petitioner,

     - against –

M & T BANK CORP.,

                Respondent.

**ORDER**
13-CV-1730 (LAK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    Plaintiff Jerry Pinks ("Pinks") initiated this action by filing a complaint on March 14, 2013. (Doc. No. 1.) On March 26, 2013, the Honorable Lewis A. Kaplan referred this matter for general pre-trial and dispositive motion. (Doc. No. 4.) Judge Kaplan denied Pinks's request to certify a class on July 17, 2017.

    **IT IS HEREBY ORDERED THAT** the Parties provide a status report to the Court **on or before September 27, 2017.**

SO ORDERED this 18th day of September 2017.
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge