**Roy W. Arnold**
Direct Phone: +1 412 288 3916
Email: rarnold@reedsmith.com

Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Tel +1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

September 27, 2017

**By ECF**

Hon. Lewis A. Kaplan
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Courtroom 21B
New York, NY  10007-1312

> Re:  Pinks v. M&T Bank Corporation
> Index No. 13-cv-1730-LAK-RLE (S.D.N.Y)

Dear Judge Kaplan:

We represent M&T Bank Corp. ("M&T") in this case.  We are writing in response to Plaintiff's counsel's letter dated September 25, 2017.

Plaintiff's counsel waited more than 60 days after the Court's July 17, 2017 Order denying class certification to seek "clarification" of the decision.

As they effectively admit in a subsequent letter to Magistrate Judge Ellis, their request for "clarification" is a thinly veiled request for an advisory opinion "to aid" Plaintiff "in formulating" his position.  *See* Dkt. 192.  No such "clarification" is necessary, appropriate or warranted.  If Plaintiff wishes to request dismissal of his case, then he should file a motion and M&T will respond.  As explained in M&T's Status Report (Dkt. 193), any dismissal should be with prejudice under the circumstances of this case.

Respectfully submitted,


/*s/ Roy W. Arnold*

cc:    All counsel *(via ECF)*
       Hon. Ronald L. Ellis (*via ECF*)

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-136655632.1-RWARNOLD 09/27/2017 11:04 AM