USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-5-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY PINKS,

                                        Plaintiff,

                - against –

M&T BANK CORPORATION,

                                        Defendant.

**ORDER**
**13-CV-1730 (LAK) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

On September 19, 2017, the Court ordered the Parties to provide a status report on or before September 27, 2017. (Doc. No. 190). Defendant M&T Bank filed its status report on September 26, 2017, and expressed its intention to move for summary judgment. (Doc. No. 193). After receiving an extension of time to file from the Court, Plaintiff Jerry Pinks provided his status report on October 4, 2017, requesting thirty days to file a motion. (Doc. No. 197). Having reviewed the submissions from the Parties:

**IT IS HEREBY ORDERED THAT**

1. the Parties may submit motions consistent with Judge Kaplan's order denying class certification on or before **November 6, 2017**.

2. Oppositions shall be filed on or before **November 20, 2017**.

3. Replies, if any, shall be filed on or before **November 27, 2017**.

**SO ORDERED this 5th day of October 2017**
New York, New York

*Ronald Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge