

Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Tel +1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

**Roy W. Arnold**
Direct Phone:  +1 412 288 3916
Email:  rarnold@reedsmith.com

November 6, 2017

**By ECF**

Hon. Lewis A. Kaplan  
Daniel P. Moynihan United States Courthouse  
500 Pearl Street, Courtroom 21B  
New York, NY  10007-1312

Hon. Magistrate Judge Ronald L. Ellis  
Daniel P. Moynihan United States Courthouse  
500 Pearl Street, Suite 1970  
New York, NY  10007

Re:  **Pinks v. M&T Bank Corporation**  
Index No. 13-cv-1730-LAK-RLE (S.D.N.Y)

Dear Judges Kaplan and Ellis:

We are writing to inform the Court that the parties have reached an agreement to resolve Mr. Pinks' claims.  The parties are finalizing a confidential settlement and general release agreement and, once the agreement is executed, will be filing a stipulation to dismiss the action with prejudice.

The parties request that the Court stay any deadlines in the case while the parties complete the process of memorializing the settlement and filing the stipulation, which the parties anticipate should be completed within the next forty-five (45) days.

Respectfully submitted,

/s/  Roy W. Arnold

cc: Counsel of Record (via ECF)

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-137166720.1-RWARNOLD 11/06/2017 1:54 PM